# Courtroom Minute Report

**Room:** Huntington  **Case No.:** 3:16-cr-00183  **Type:** Criminal
**Caption:** USA v. Bruce Lamar Griggs  **Judge:** Cheryl A. Eifert

**Started:** 9/28/2016 2:46:57 PM
**Ends:** 9/28/2016 2:51:28 PM  **Length:** 00:04:32

    Judge: Cheryl A. Eifert
    Courtroom Deputy: Brooke Opperman
    Assistant U.S. Attorney: R. Gregory McVey
    CJA Attorney: Carl E. Hostler
    Probation Officer: Beth Srednicki
    Defendant: Bruce Lamar Griggs

**ARRAIGNMENT**

| Time | Event |
|---|---|
| 2:48:08 PM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 2:48:17 PM | Defendant: Bruce Lamar Griggs |
| 2:48:19 PM | Stated personal information |
| 2:48:47 PM | Defendant placed under oath by Courtroom Deputy |
| 2:48:49 PM | Judge: Cheryl A. Eifert |
| 2:48:56 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:49:24 PM | Questions defendant about indictment related matters |
| 2:49:56 PM | Defendant: Bruce Lamar Griggs |
| 2:49:58 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:50:02 PM | Judge: Cheryl A. Eifert |
| 2:50:04 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:50:31 PM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 2:50:34 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:51:01 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 2:51:06 PM | Request that Probation provide the criminal history section of the Pretrial Services Report to counsel |
| 2:51:09 PM | Granted for good cause |
| 2:51:15 PM | Hearing Adjourned |